AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*   DISTRICT OF   NEVADA

DASHAUN WRIGHT,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.

        CASE NUMBER: **3:15-cv-00219-MMD-VPC**

RENEE BAKER, et al.,

    Defendant(s).

\_\_\_   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff's amended complaint (ECF No. 18) is dismissed in its entirety, with prejudice, for failure to state a claim and as frivolous.

    **IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

  May 16, 2016                      **LANCE S. WILSON**
                                       Clerk

                                       /s/ K. Rusin
                                       Deputy Clerk